AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**BAYNEY PARKER**
**PDID: xxx-xxx**
**DOB: xx/xx/80**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____**JANUARY 1, 2006**_____ in ____**WASHINGTON**____ county, in the

_____ District of _____**COLUMBIA**_____ defendant(s) did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded Manchester Arms Commando Mini 9mm handgun and ammunition.

in violation of Title____**18**____ United States Code, Section(s) _____**922(g)(1)**_____.

I further state that I am ____**OFFICER PATRICK HOGAN**____ and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER PATRICK HOGAN**
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____ at     _____**Washington, D.C.**_____
Date                                                                          City and State

_____          _____
Name & Title of Judicial Officer                        Signature of Judicial Officer