## **STATEMENT OF FACTS**

On Sunday, January 1, 2006, at about 12:05 a.m., sworn officers of the Metropolitan Police Department's Sixth District were on patrol in the 1500 block of Young Street, S.E., Washington, D.C. where they observed the defendant, Bayney Parker firing a semi-automatic handgun in front of 1521 Young Street, S.E., Washington, D.C. Officers told the defendant to drop the gun and the defendant started to run. Officers gave chase, apprehended and arrested the defendant. While running, the defendant threw the gun towards a tree at 1936 Naylor Road, S.E. Immediately after the defendant threw the weapon, the police recovered it from the area where it had been thrown. Also, the police recovered approximately 40 spent shell casings from the same area where the defendant was seen firing the gun. The gun is a Manchester Arms Commando Mini 9mm handgun. It had one live round in the chamber and eight live 9mm rounds in the magazine.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the weapon taken from defendant nor the ammunition in it was manufactured in the District of Columbia.

_____

OFFICER PATRICK HOGAN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF JANUARY, 2006

_____

U.S. MAGISTRATE JUDGE