D.C. Court

Su6 '06

06-0001 MG

| No Papers Count(s) _____ | Court File Date JAN ~~1-2-06~~ | LOCK UP L-41 | PDID _____ DOB _____ CCR _____ | | |
|---|---|---|---|---|---|
| Charges Filed 1 | ☐ CITATION  ☐ BOND | | ☐ Collateral $ _____ Page _____ | | |
| Felony ____ | DEFENSE COUNSEL ☐ PRO SE | CODE | S C A R | DATE WITHDRAWN | |
| Misdemeanor ____ | | | | | |
| Traffic ____ | 1. _____ | _____ | ☐ ☐ ☐ ☐ | _____ | |
| D.C. ____ | 2. _____ | _____ | ☐ ☐ ☐ ☐ | _____ | |
| A | Dist Court | PROSECUTOR | CODE | ASSIGNED TO JUDGE | |
| B | | 1. _____ | _____ | _____ | |
| C | | 2. _____ | _____ | Cal. Number _____ | |
| D | | ☐ Defendant Informed of rights pursuant to Superior Court Rule 5(b) including the right to counsel. | | ☐ LINEUP ORDER FILED | |
| E | | PLEA: ☐ Not Guilty | | ☐ Sworn Statement Filed Rule 5(c) Determination | |
| F | | Count(s) _____  ☐ Guilty, JUDGMENT Guilty | | ☐ Made  ☐ Waived | |
| G | | CONTINUED DATE | | BOND CONDITIONS | |
| H | | PREL. HEARING | | BOND AMOUNT $ No Bond | |
| I | | STATUS HEARING | | ☐ CASH _____ %  ☐ SURETY | |
| | | JURY TRIAL | | ☐ PERSONAL RECOGNIZANCE | |
| PROBATION | | NON-JURY | | ☐ Third Party Custodian | |
| ☐ 163 FILED | | | | ☐ Contribution Ordered | |

Sentence Date _____  ☐ Defendant Advised of Penalties for Failure to Appear.

Report Due Date _____  Arr'd. C 1-3-06 @ 9am Dist. Court.

Date Jacket Ready For Probation _____  Come-up issued.

Date Received in Probation _____  Count(s) _____ Nolle Prosequi Prosecutor: _____

By _____  COURT REPORTER _____ TAPE ☐ C10  CLERK M  JUDGE/COMM. R Johnson

Date Jacket Returned to Crim. Div. _____

☒ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

Diversion  | DISPOSED | PENDING
Date Admitted | CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By ✓

DATE:  **FINAL DISPOSITION ONLY**

Count(s) _____ Nolle Prosequi Prosecutor: _____
COURT REPORTER _____ TAPE ☐  CLERK _____  JUDGE/COMM. _____
☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY
All Counts Closed | DISPOSED

UNITED STATES
VS
PARKER, BAYNEY PINDA
Lockup Nbr: 41
PDID: 0
DOB:
CCR: 000000

FILED
JAN 03 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Superior Court of the District of Columbia
CRIMINAL DIVISION
Special Proceeding