UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v.   :   Criminal Action No.: 06-0027 (RMU)

Barney Pindar Parker :

Defendant(s).   :

**FILED**

FEB 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this 23 day of February 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices   on or before   March 6, 2006;

Oppositions   on or before   March 15, 2006; and

Replies   on or before   March 17, 2006 and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _____, at _____; and

A motions hearing   on   March 28, 2006, at 3:45;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.