# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 06-00027 (RMU)** |
| **v.** : | |
| : | |
| **BAYNEY P. PARKER** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' Motion to Impeach Defendant with His Prior Convictions Pursuant to Federal Rule of Evidence 609, and any opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the United States' Motion to Impeach Defendant with His Prior Convictions Pursuant to Federal Rule of Evidence 609 be and the same is **GRANTED.**

_____
RICARDO M. URBINA
United States District Judge

Copies to:
Robert J. Feitel, AUSA
Lara Quint, AFPD