**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Cr. No. 06-0027 (RMU)** |
| **BAYNEY PARKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

_____Upon consideration of Defendant's Motion to Suppress Evidence and the response

thereto, it is by the Court hereby

ORDERED that the motion is GRANTED, that all evidence seized as a result of Mr.

Parker's arrest is SUPPRESSED.

**SO ORDERED.**

_____

THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Robert Feitel, AUSA
Lara G. Quint, AFPD