UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**    : | |
| : | |
| v.    : | **CRIMINAL NO.  06-027 (RMU)** |
| : | |
| : | |
| **BAYNEY PARKER,**    : | |
| : | |
| Defendant.    : | |
| _____ : | |

### UNITED STATES' UNOPPOSED MOTION TO VACATE
### BRIEFING SCHEDULE AND CONVERT MOTIONS
### HEARING DATE INTO A PLEA HEARING

COMES NOW, the United States of America, by and through the undersigned attorneys, and hereby submits an Unopposed Motion to Vacate Briefing Schedule and Convert Motions Hearing Date Into a Plea Hearing.  In support of the instant motion, the government would respectfully submit the following:

1. The defendant was indicted on the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for Term Exceeding One Year, in violation of 18 U.S.C. § 922(g).

2. During a status hearing on 23, 2006, the Court issued a scheduling order for pretrial motions and set March 28, 2006 as the hearing date to address any such motions.  On or about March 6, 2006, the Motion to Suppress Physical Evidence and Incorporated Memorandum in Support Thereof and Request for Evidentiary Hearing was filed by the defendant.  On the same date, the United States attempted to conduct defense counsel in order to convey a plea offer.

      3. On March 7, 2006, the United States verbally conveyed a plea offer to the defendant and a written plea package was provided on March 8, 2006. Counsel for the defendant has indicated that her client wishes to accept the government's offer. However, counsel has not yet had an opportunity to review all of the terms of the plea agreement with her client, but anticipates that the offer will be accepted.

      4. Pursuant to the Court's scheduling order, the government's opposition to the motion to suppress is due on March 15, 2005.

      5. In light of the fact that it appears that the defendant intends to accept the plea offer, the United States respectfully requests that the deadline for filing its opposition be vacated and that the hearing date of March 28th be converted into a plea hearing. In the unlikely event that the plea offer falls through, the parties will notify Chambers and the United States will immediately file an opposition. Moreover, the parties will still be in a position to go forward with the motions on March 28th.

      6. Counsel for the defendant has indicated that the defendant does not oppose the government's motion.

      Respectfully,
      KENNETH L. WAINSTEIN
      United States Attorney


      By: _____
      MICHAEL T. TRUSCOTT
      ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing United States' Unopposed Motion to Vacate Scheduling Order and to Convert Hearing Date in Plea Hearing was caused to be served via United States Mail, postage prepaid, upon counsel of record for the defendant, Lara G. Quint, Federal Defender Service, this 14th day of March, 2006.

_____
MICHAEL T. TRUSCOTT