UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 06-27 (RMU)
:
BAYNEY PARKER, :
:
Defendant. :

**ORDER**

**FILED**

**MAR 1 4 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 14th day of March 2006,

**ORDERED** that the motion hearing in the above-captioned case scheduled to take place on March 28, 2006 at 3:45 pm shall be converted to a plea hearing; and it is

**FURTHER ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge