IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,    )<br>    v.                       )<br>                             )   Cr. No. 06-0027 (RMU)<br>BAYNEY PARKER,           )<br>                             )<br>            Defendant.   )<br>_____ ) | |

**DEFENDANT'S UNOPPOSED MOTION TO TRANSFER TO CENTRAL TREATMENT FACILITY (CTF)**

In accordance with the unopposed oral motion made in open court on March 28, 2006, Mr. Parker respectfully requests this Honorable Court to transfer him from the Central Detention Facility (DC Jail) to the Central Treatment Facility (CTF). As stated in court, Mr. Parker suffers from gunshot wounds that require ongoing therapy and treatment.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

      /s/
Lara G. Quint.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

Case 1:06-cr-00027-RMU   Document 19   Filed 04/14/2006   Page 2 of 2