THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                    Plaintiff,       )<br>     v.                                               )<br>                                                          )<br>BAYNEY PARKER,                         )<br>                                                          )<br>                    Defendant.    )<br>_____) | Cr. No. 06-0027 (RMU) |

**ORDER**

_____Upon consideration of Defendant's Unopposed Motion to Transfer, it is by the Court hereby

**ORDERED** that the motion is **GRANTED** and that Mr. Parker shall be transferred forthwith to the Central Treatment Facility (CTF).

**SO ORDERED.**

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

DATE:


Copies to:

Robert Feitel, AUSA
Lara G. Quint, AFPD