# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
           )
     **Plaintiff,**  )
  **v.**         )
           )  **Cr. No. 06-0027 (RMU)**
**BAYNEY PARKER,**    )
           )
     **Defendant.**  )
_____)

# FILED

## APR 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Defendant's Unopposed Motion to Transfer, it is by the Court hereby

**ORDERED** that the motion is **GRANTED** and that Mr. Parker shall be transferred forthwith to the Central Treatment Facility (CTF).

**SO ORDERED.**

_Ricardo M. Urbina_

THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

DATE: 4/14/06

Copies to:

Robert Feitel, AUSA
Lara G. Quint, AFPD