THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>           **Plaintiff,**  )<br>v.                                 )<br>)<br>**BAYNEY PARKER,**             )<br>)<br>           **Defendant.**  )<br>_____) | **Cr. No. 06-0027 (RMU)** |

## **ORDER**

_____Upon consideration of Defendant's Motion Requesting Court to Quash Writ, it is by the Court hereby

**ORDERED** that the motion is **GRANTED** and that the writ is **QUASHED**.

**SO ORDERED.**

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Michael Truscott, AUSA
Lara G. Quint, AFPD