FILED
JUL 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 06-0027 (RMU) |
| BAYNEY PARKER, | : | Document No.: 21 |
| Defendant. | : | |

### ORDER

#### DENYING THE DEFENDANT'S MOTION TO QUASH THE WRIT; ORDERING THE DEFENDANT HELD WITHOUT BOND PENDING SENTENCING

On March 28, 2006, the defendant pled guilty to possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year. Parker appeared before Magistrate Judge Robinson on January 17, 2006 for a detention hearing. Judge Robinson held Parker on $10,000 cash bond.

Later, on February 13, 2006, Judge Kessler revoked Parker's supervised release in a case before her, also for possession of a firearm, and sentenced the defendant to six months of incarceration. Parker's violation of supervision in that case stemmed from his arrest for the firearm offense in this case.

This court previously scheduled the defendant's sentencing for August 24, 2006. To ensure his presence in Washington, D.C. for the sentencing, the court issued a writ ordering that Parker be transferred to the D.C. Jail. The defendant now files an unopposed motion to quash the writ. His reasoning – that if the court quashes the writ, he will post bond and be released pending sentencing.

The circumstances surrounding Parker's eligibility for bond have, since his January detention hearing, changed. Now, a colleague of this court has found the defendant in violation

of the terms of his supervised release. This intervening finding, and his guilty plea in this case, demonstrates that the defendant is a repeat offender. Accordingly, the defendant is not a good candidate for bond pending sentencing.

For this reason, it is hereby this 20th day of July 2006 hereby

**ORDERED** that the defendant's motion to quash the writ is **DENIED**, and it is

**FURTHER ORDERED** that the defendant be **HELD WITHOUT BOND** pending his August 24, 2006 sentencing.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge