HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-0027</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Parker, Bayney Pindar | : | Disclosure Date: <u>May 10, 2006</u> |

**FILED**
AUG 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF</u>
<u>PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                                                **Date**

<u>For the Defendant</u>

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    _____ 5/25/06
**Defendant**         **Date**                                       **Defense Counsel**         **Date**

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 24, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

May 25, 2006

Tennille Losch
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001

**Re: United States v. Bayney Parker (CR-06-27)**

Dear Ms. Losch:

Below please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case and dated May 8, 2006.

**Objections and Comments**

1. With respect to paragraph 16, page 5, Mr. Parker submits that the applicable Base Offense Level is 14. Mr. Parker does not have a prior "felony conviction for a controlled substance offense," but rather a misdemeanor conviction for simple possession of marijuana.

2. In light of (1), Mr. Parker objects to the Adjusted Offense Level of 20 listed in paragraph 20, page 5. The correct level is 14.

3. In light of (1) and (2), Mr. Parker objects to the Total Offense Level of 17, listed in paragraph 23, page 5. The correct Total Offense Level, with a Base Offense Level of 14 and a 2-point reduction for acceptance of responsibility, is 12.

4. Mr. Parker objects to the Guideline calculation in paragraph 57, page 11. Given a Total Offense Level of 12 and a criminal history category of IV, the appropriate Guideline range is 21-27 months.

5. The applicable Guideline range is in Zone C, not Zone D as listed in paragraph 63, page 12.

Thank you for your consideration in this matter. Please feel free to call me if there are

any details that we need to discuss.

                 Very truly yours,

                 Lara G. Quint
                 Assistant Federal Public Defender

cc: Michael Truscott, Esquire
  Assistant United States Attorney
  555 4th Street, N.W.
  Washington, D.C.  20001